Donald C. Allensworth, Appellant, v. Mary Weinberg et al., Appellees.

Gen. No. 10,078.

opinion filed November 4, 1946; released for publication December 10, 1946. Donald C. Allensworth, *pro se;* Woolsey, Stickney & Lucas, Burrel Barash, and H. Glenn Kinsley, for appellees. Per Curiam. **Not to be published in full.**